UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EMILY LENTINI,

Plaintiff,

v.

NEW YORK LIFE GROUP INSURANCE COMPANY OF NEW YORK,

Defendant.

Case No. 2:26-cv-04571-JFW-MARx

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE**

Judge: Hon. John F. Walter

Complaint Filed: April 29, 2026

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Hon. John F. Walter
United States District Court Judge



BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY